AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| RED ROCK STAMPING LLC, et al. | ) | |
| Defendant | ) | |

## 1:09CV1455

**Summons in a Civil Action**

JUDGE OLIVER

To: *(Defendant's name and address)*

Red Rock Stamping LLC
12600 Rockside Road, Suite 225
Garfield Heights, Ohio 44125

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio 44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

Name of clerk of court

Date: JUN 2 6 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

   (1) personally delivering a copy of each to the individual at this place, _____

   _____; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other *(specify)* _____

   _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00          .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

TRISTATE CAPITAL BANK )
_____ )
Plaintiff )
v. ) Civil Action No. **1:09CV1455**
RED ROCK STAMPING LLC, et al. )
_____ )
Defendant )

### Summons in a Civil Action

**JUDGE OLIVER**

To: *(Defendant's name and address)*

Red Rock Stamping, LLC
c/o Bdb Agent, Statutory Agent
3800 Embassy Parkway, Suite 300
Akron, OH  44333

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio  44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

JUN 2 6 2009

Date: _____

Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00_____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| **TRISTATE CAPITAL BANK** | ) |
| Plaintiff | ) |
| v. | ) |
| RED ROCK STAMPING LLC, et al. | ) |
| Defendant | ) |

Civil Action No.

## 1:09CV1455

JUDGE OLIVER

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Tremont Manufacturing, LLC
12600 Rockside Road, Suite 225
Garfield Heights, Ohio  44125

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio  44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 2 6 2009

GERI M. SMITH, CLERK

Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

Date: _____

                                        _____
                                              Server's signature

                                        _____
                                            Printed name and title

                                        _____
                                            Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

TRISTATE CAPITAL BANK )
 )
Plaintiff )
v. )  Civil Action No. **1:09CV1455**
RED ROCK STAMPING LLC, et al. )
 )
Defendant )

**Summons in a Civil Action**

**JUDGE OLIVER**

To: *(Defendant's name and address)*

Tremont Manufacturing, LLC
c/o Bdb Agent, Statutory Agent
3800 Embassy Parkway, Suite 300
Akron, OH 44333

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio 44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK
Name of clerk of court

Date: JUN 2 6 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

   (1) personally delivering a copy of each to the individual at this place, _____
_____; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
     who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **1:09CV1455** |
| RED ROCK STAMPING LLC, et al. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Hawthorn Manufacturing Corporation
12600 Rockside Road, Suite 225
Garfield Heights, Ohio 44125

JUDGE OLIVER

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio 44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

Name of clerk of court

Date:  JUN 2 6 2009 

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

Date: _____

                                      _____
                                                 Server's signature

                                      _____
                                            Printed name and title

                                      _____
                                              Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| TRISTATE CAPITAL BANK | ) |
| Plaintiff | ) |
| v. | ) |
| RED ROCK STAMPING LLC, et al. | ) |
| Defendant | ) |

Civil Action No. **1:09CV1455**

### Summons in a Civil Action

To: *(Defendant's name and address)*

Hawthorn Manufacturing Corporation
c/o Bdb Agent, Statutory Agent
3800 Embassy Parkway, Suite 300
Akron, OH 44333

JUDGE OLIVER

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio 44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

Name of clerk of court

JUN 2 6 2009

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00_____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Ohio

| | |
|---|---|
| **TRISTATE CAPITAL BANK** | ) |
| Plaintiff | ) |
| v. | ) |
| **RED ROCK STAMPING LLC, et al.** | ) |
| Defendant | ) |

Civil Action No. **1:09CV1455**

JUDGE OLIVER

### Summons in a Civil Action

To: *(Defendant's name and address)*

  Columbus Components Group, LLC
  2020 15th Street
  Columbus, Indiana  47201

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  Brad A. Sobolewski
  Ulmer & Berne LLP
  Skylight Office Tower, 1660 West 2nd Street
  Cleveland, Ohio  44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

Name of clerk of court

Date:  JUN 2 6 2009

Deputy clerk's signature

    *(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____.

Date: _____          _____
                                          Server's signature

                                     _____
                                          Printed name and title

                                     _____
                                          Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| TRISTATE CAPITAL BANK | ) |
| Plaintiff | ) |
| v. | ) |
| RED ROCK STAMPING LLC, et al. | ) |
| Defendant | ) |

Civil Action No. **1:09CV1455**

**Summons in a Civil Action**

**JUDGE OLIVER**

To: *(Defendant's name and address)*

    Columbus Components Group, LLC
    c/o Bdb Agent, Statutory Agent
    3800 Embassy Parkway, Suite 300
    Akron, OH  44333

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Brad A. Sobolewski
    Ulmer & Berne LLP
    Skylight Office Tower, 1660 West 2nd Street
    Cleveland, Ohio  44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

Name of clerk of court

Date: _____ JUN 2 6 2009 _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____ .

Date: _____

                             Server's signature

                             Printed name and title

                             Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |  |
|---|---|---|
| TRISTATE CAPITAL BANK | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **1:09CV1455** |
| RED ROCK STAMPING LLC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

JUDGE OLIVER

To: *(Defendant's name and address)*

Patrick James
15676 North Ridge
Novelty, Ohio  44072

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio  44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

Name of clerk of court

Date: JUN 2 6 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

Date: _____

                                    _____
                                         Server's signature

                                    _____
                                         Printed name and title

                                    _____
                                         Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| **TRISTATE CAPITAL BANK** | ) |
| Plaintiff | ) |
| v. | ) |
| **RED ROCK STAMPING LLC, et al.** | ) |
| Defendant | ) |

Civil Action No. **1:09CV1455**

## Summons in a Civil Action

**JUDGE OLIVER**

To: *(Defendant's name and address)*

> Elizabeth James, Trustee of the
>   Elizabeth L. James Trust
> 15676 North Ridge
> Novelty, Ohio 44072

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Brad A. Sobolewski
> Ulmer & Berne LLP
> Skylight Office Tower, 1660 West 2nd Street
> Cleveland, Ohio 44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

Name of clerk of court

Date: JUN 2 6 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00_____ .


Date: _____

                                            _____
                                                  Server's signature

                                            _____
                                             Printed name and title

                                            _____
                                             Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| **TRISTATE CAPITAL BANK** | ) | |
| Plaintiff | ) | Civil Action No. **1:09CV1455** |
| v. | ) | |
| **RED ROCK STAMPING LLC, et al.** | ) | |
| Defendant | ) | |

### Summons in a Civil Action

JUDGE OLIVER

To: *(Defendant's name and address)*

Charles T. Schiavello
6020 Turtle Bay Parkway
Columbus, Indiana 47201-7586

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio 44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

Name of clerk of court

Date: JUN 26 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____.

Date: _____

                                                  _____
                                                      Server's signature

                                                  _____
                                                  Printed name and title

                                                  _____
                                                  Server's address