AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| TRISTATE CAPITAL BANK | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. **1:09CV1455** |
| RED ROCK STAMPING LLC, et al. | ) | |
| Defendant | ) | |

Summons in a Civil Action      **JUDGE OLIVER**

To: *(Defendant's name and address)*

Red Rock Stamping LLC
12600 Rockside Road, Suite 225
Garfield Heights, Ohio 44125

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio 44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**GERI M. SMITH, CLERK**
Name of clerk of court

Date: JUN 2 6 2009

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  6/27/09                ,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
_____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other (specify)   certified mail  _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00      .


Date:  June 30, 2009                  s/Paulette Eberhardt
                    Server's signature

                      Deputy Clerk
                    Printed name and title


                 801 West Superior Ave, Cleve,OH 44113
                    Server's address

≡ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| RED ROCK STAMPING LLC, et al. | ) | **1:09CV1455** |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Tremont Manufacturing, LLC
12600 Rockside Road, Suite 225
Garfield Heights, Ohio 44125

JUDGE OLIVER

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio 44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 2 6 2009

GERI M. SMITH, CLERK

Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___6/27/09___, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) ___certified mail___

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __June 30, 2009__

s/Paulette Eberhardt
**Server's signature**

Deputy Clerk
**Printed name and title**

801 West Superior Ave, Cleve, OH 44113
**Server's address**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| <ul><li>Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.</li><li>Print your name and address on the reverse so that we can return the card to you.</li><li>Attach this card to the back of the mailpiece, or on the front if space permits.</li></ul> | A. Signature<br>X _Anthony [signature]_  ☒ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>6-27-09 |
| 1. Article Addressed to:<br><br>Red Rock Stamping LLC<br>12600 Rockside Road, Suite 225<br>Garfield Hts., OH  44125 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

2. Article Number
   (Transfer from service label)   7005 1160 0004 5872 8008

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Northern District of Ohio, Eastern Division
801 Superior Avenue
Cleveland, OH 44113

1:09CV1455

| | |
|---|---|
| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Anthony [signature]_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 6-8-09 |
| 1. Article Addressed to:<br><br>Tremont Mfg., LLC<br>12600 Rockside Road, Suite 225<br>Garfield Hts., OH 44125 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7004 1350 0000 9059 3844 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE
CLEVE OH 441
27 JUN 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Northern District of Ohio, Eastern Division
801 Superior Avenue
Cleveland, OH 44113

1:09CV1455