AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| TRISTATE CAPITAL BANK ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09CV1455 |
| RED ROCK STAMPING LLC, et al. ) | |
| Defendant ) | |

JUDGE OLIVER

## Summons in a Civil Action

To: *(Defendant's name and address)*

Hawthorn Manufacturing Corporation
12600 Rockside Road, Suite 225
Garfield Heights, Ohio 44125

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio 44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

Date: JUN 26 2009

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)*   certified mail
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date:   June 30, 2009

s/Paulette Eberhardt
*Server's signature*

Deputy Clerk
*Printed name and title*

801 West Superior Ave, Cleve, OH 44113
*Server's address*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Anthony Keck_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Hawthorn Mfg. Corp.<br>12600 Rockside Road, Suite 225<br>Garfield Hts., OH 44125 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1350 0000 9059 3868 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**UNITED STATES POSTAL SERVICE**

CLEVE OH 441

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Northern District of Ohio, Eastern Division
801 Superior Avenue
Cleveland, OH  44113

1:09CV1455

