AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09CV1455 |
| RED ROCK STAMPING LLC, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

JUDGE OLIVER

To: *(Defendant's name and address)*

Patrick James
15676 North Ridge
Novelty, Ohio 44072

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio 44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

Name of clerk of court

Date: JUN 2 6 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  No date provided ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify)  certified mail; service by Clerk

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 6/30/2009

Server's signature: s/ Katherine King

Printed name and title

Server's address

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Patrick James<br>15676 North Ridge<br>Novelty, OH  44072 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 1350 0000 9059 3882 | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Northern District of Ohio, Eastern Division
801 Superior Avenue
Cleveland, OH 44113

1:09CV1455

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| TRISTATE CAPITAL BANK | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09CV1455 |
| RED ROCK STAMPING LLC, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

JUDGE OLIVER

To: *(Defendant's name and address)*

    Elizabeth James, Trustee of the
      Elizabeth L. James Trust
    15676 North Ridge
    Novelty, Ohio 44072

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad A. Sobolewski
Ulmer & Berne LLP
Skylight Office Tower, 1660 West 2nd Street
Cleveland, Ohio 44113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK

Name of clerk of court

Date: JUN 2 6 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>No date provided</u>; by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* <u>certified mail; service by Clerk</u>
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

Date: <u>6/30/09</u>

s/ Katherine King
_____
Server's signature

_____
Printed name and title

_____
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elizabeth James, Trustee
   15676 North Ridge
   Novelty, OH  44072

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7004 1350 0000 9059 3899

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

29 JUN 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Northern District of Ohio, Eastern Division
801 Superior Avenue
Cleveland, OH 44113

1:09CV1455

1341829