UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGE OLIVER |
| RED ROCK STAMPING LLC, et al., | ) ) ) | **UNOPPOSED MOTION FOR LEAVE TO PLEAD** |
| Defendants. | ) | |

Defendants Red Rock Stamping LLC, Tremont Manufacturing LLC, Hawthorn Manufacturing Corporation, Columbus Components Group, LLC, Patrick James and Elizabeth James (as Trustee of the Elizabeth L. James Trust), through undersigned counsel, each respectively move this Honorable Court for 20 days' additional leave, until August 7, 2009, to answer, move or otherwise respond to Plaintiff's Complaint herein. Plaintiff, through counsel, does not oppose this motion, and has consented to same. This request is not made for the purpose of undue delay, but rather to allow the parties to more fully address the various issues raised in Plaintiff's Complaint.

Respectfully submitted,

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By: */s/ Orville L. Reed, III*
    Orville L. Reed, III #0023522
    3800 Embassy Parkway, Suite 300
    Akron, Ohio 44333
    Telephone: (330) 376-5300
    Facsimile: (330) 258-6559
    Email: oreed@bdblaw.com
    *Attorney for Defendants*

                                (Per telephone consent given on 7/7/2009)
By:   <u>BRAD A. SOBOLEWSKI</u>
      Brad A. Sobolewski
      Ulmer & Berne
      Skylight Office Tower, 1660 W. 2nd Street
      Cleveland, Ohio 44113
      Telephone: (216) 583-7092
      Facsimile: (216) 583-7093
      *Attorney for Plaintiff,*
      TriState Capital Bank

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Leave to Plead was served by electronically via the Court's ECF filing system to all parties entitled to service therein this 17 day of July, 2009.

                                */s/ Orville L. Reed, III*
                                Orville L. Reed, III  #0023522

«AK3:996384_v1»