**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **TRISTATE CAPITAL BANK** | ) | CASE NO: 1:09-cv-1455 |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | |
| **RED ROCK STAMPING, LLC** et al | ) | |
| | ) | |
| Defendants | ) | |

**MOTION TO EXCUSE PERSONAL ATTENDANCE OF DEFENDANT SCHIAVELLO AT CASE MANAGEMENT CONFERENCE OR, IN THE ALTERNATIVE, TO PERMIT TELEPHONIC ATTENDANCE AT SAME**

Now comes Defendant, Michael Schiavello, by and through his counsel, and respectfully requests that the Court excuse his personal appearance at the Case Management Conference scheduled in this case for August 11, 2009, at 11:00 a.m. This Motion is made on the grounds that Defendant resides in the State of Indiana and that it will of great inconvenience and cost to Mr. Schiavello to miss work to travel to Cleveland, Ohio to attend this Conference. Defendant is willing to make himself available to the Court by telephone during the Case Management Conference, should the Court so require. Further, counsel for Michael Schiavello believes that said Defendant's personal attendance is not required, as the undersigned counsel will personally attend the scheduled CMC and will have full authority to enter into any scheduling orders and/or discuss any potential resolution of this lawsuit.

This Motion is made in good faith and not for the purpose of delay. The undersigned has

informed the other counsel of record in this case of this request to excuse personal attendance and has been informed by each that there is no objection to the granting of this Motion.

        Respectfully submitted,

        /s/ *Christopher J. Freeman*
        Christopher J. Freeman (0055983)
        P.O. Box 401
        Medina, OH 44258-0401
        PH:  (330) 722-7278
        FAX: (330) 722-7249
        e-mail:  Chris@ChrisFreemanLaw.com
        Attorney for Defendant
        Michael Schiavello

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2009, a copy of the foregoing Motion to Excuse Personal Attendance was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /s/ *Christopher J. Freeman*
        Christopher J. Freeman