UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff | ) | JUDGE OLIVER |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR ENLARGEMENT OF** |
| RED ROCK STAMPING, LLC, et al. | ) | **TIME IN WHICH TO ANSWER** |
| | ) | **COMPLAINT** |
| Defendants | ) | |

Defendants Hawthorn Manufacturing Corporation, Red Rock Stamping, LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Patrick James and Elizabeth James (in her capacity as Trustee of the Elizabeth James Trust), through counsel, each respectfully move this Court for an enlargement of two weeks in which to move, answer or otherwise respond to Plaintiff's Complaint. As detailed in the attached Memorandum in Support, this motion is not brought for the purpose of undue delay. Rather, this enlargement is sought due to the current unavailability of key witnesses/parties to review matters germaine to Plaintiff's allegations. Under these circumstances, a two-week extension of time to respond to the Complaint, until August 21, 2009, is appropriate.

Respectfully submitted,

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By: */s/ Orville L. Reed, III*
    Orville L. Reed, III #0023522
    Patrick J. Keating  #0023481
    Joshua S. Berger  #0068478
    3800 Embassy Parkway, Suite 300
    Akron, Ohio 44333
    Telephone: (330) 376-5300
    Facsimile: (330) 258-6559

Email: oreed@bdblaw.com
pkeating@bdblaw.com
jberger@bdblaw.com

*Attorneys for Defendants, Hawthorn Manufacturing Corporation, Red Rock Stamping, LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Patrick James and Elizabeth James (in her capacity as Trustee of the Elizabeth James Trust)*

## **MEMORANDUM IN SUPPORT**

As noted above, undersigned counsel represent all Defendants herein except for Charles Schiavello. Plaintiff's 140-paragraph Complaint has made several serious allegations against each of these Defendants. Those allegations cannot and should not be blindly admitted or denied; rather, thoughtful analysis and investigation is required.

Defendants have already received a stipulated 20-day leave to plead in this matter, during which time draft Answers have been prepared. However, undersigned counsel needs to review certain key facts and allegations with these Defendants. Undersigned counsel recently learned for the first time that several of these parties/witnesses will not be available to review the drafts until after August 7, 2009 (the current answer date). Therefore, undersigned counsel is requesting an additional two-week enlargement of time to respond to Plaintiff's Complaint.

WHEREFORE, for the reasons stated above, Defendants Hawthorn Manufacturing Corporation, Red Rock Stamping, LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Patrick James and Elizabeth James (in her capacity as Trustee of the Elizabeth James Trust), through counsel, respectfully request a two-weeks enlargement of time in which to move, answer or otherwise respond to Plaintiff's Complaint herein, until August 21, 2009.

2

Respectfully submitted,

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By: */s/ Orville L. Reed, III*
    Orville L. Reed, III #0023522
    Patrick J. Keating #0023481
    Joshua S. Berger #0068478
    3800 Embassy Parkway, Suite 300
    Akron, Ohio 44333
    Telephone: (330) 376-5300
    Facsimile: (330) 258-6559
    Email: oreed@bdblaw.com
           pkeating@bdblaw.com
           jberger@bdblaw.com

*Attorneys for Defendants, Hawthorn Manufacturing Corporation, Red Rock Stamping, LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Patrick James and Elizabeth James (in her capacity as Trustee of the Elizabeth James Trust)*

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion for Enlargement of Time in Which to Answer Complaint was served electronically via the Court's ECF filing system to all parties entitled to service therein this 7th day of August, 2009.

*/s/ Orville L. Reed, III*
Orville L. Reed, III #0023522

«AK3:999222_v1»

3