UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff | ) | JUDGE OLIVER |
| | ) | |
| v. | ) | |
| | ) | **STIPULATED MOTION TO EXCUSE** |
| RED ROCK STAMPING, LLC, et al. | ) | **PERSONAL ATTENDANCE OF** |
| | ) | **DEFENDANTS AT CASE** |
| Defendants | ) | **MANAGEMENT CONFERENCE OR, IN** |
| | ) | **THE ALTERNATIVE, TO PERMIT** |
| | ) | **TELEPHONIC ATTENDANCE AT** |
| | ) | **SAME** |
| | ) | |

Defendants Hawthorn Manufacturing Corporation, Red Rock Stamping, LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Patrick James and Elizabeth James (in her capacity as Trustee of the Elizabeth James Trust), through counsel, respectfully request that this Court excuse their personal appearance at the Case Management Conference scheduled for August 11, 2009, at 11:00 a.m. Defendant Columbus Components Group, LLC is located in the State of Indiana, and it will be of great inconvenience/cost to travel to Cleveland, Ohio to attend this Conference. Additionally, due to previously unforeseen circumstances, the remaining aforementioned Defendants will be out of town and/or do not have corporate representatives who can be available for the Conference in Cleveland on August 11, 2009.

The above Defendants are willing and able to make themselves available to the Court by telephone during the Conference, should the Court so require. Further, undersigned counsel believes that the above Defendants' personal attendance is not required, as counsel will

personally attend the scheduled Conference and will have full authority to enter into any Scheduling Orders and/or discuss any potential resolution of the lawsuit.

This Motion is made in good faith and not for the purpose of delay. Undersigned counsel has informed the other counsel of record of this request, and has been informed that they have no objection to the granting of this Motion.

>Respectfully submitted,
>
>BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
>
>By: */s/ Orville L. Reed, III*
>  Orville L. Reed, III #0023522
>  Patrick J. Keating #0023481
>  Joshua S. Berger #0068478
>  3800 Embassy Parkway, Suite 300
>  Akron, Ohio 44333
>  Telephone: (330) 376-5300
>  Facsimile: (330) 258-6559
>  Email: oreed@bdblaw.com
>     pkeating@bdblaw.com
>     jberger@bdblaw.com
>
>*Attorneys for Defendants, Hawthorn Manufacturing Corporation, Red Rock Stamping, LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Patrick James and Elizabeth James (in her capacity as Trustee of the Elizabeth James Trust)*

**CERTIFICATE OF SERVICE**

A copy of the foregoing Stipulated Motion to Excuse Personal Attendance of Defendants at Case Management Conference or, in the Alternative, to permit Telephonic Attendance at Same was served electronically via the Court's ECF filing system to all parties entitled to service therein this 7th day of August, 2009.

> /s/ Orville L. Reed, III
> Orville L. Reed, III #0023522

«AK3:999372_v1»