## ATTACHMENT 1

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK | ) | CASE NO. 1:09-cv-01455 |
| | ) | |
| Plaintiff | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | REPORT OF PARTIES' PLANNING |
| RED ROCK STAMPING LLC, et al. | ) | MEETING UNDER FED. R. CIV. |
| | ) | P. 26(f) AND L.R. 16.3(b) |
| Defendant | ) | |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on August 6, 20 09, and was attended by:

Brad A. Sobolewski counsel for plaintiff(s) Tristate Capital Bank

_____ counsel for plaintiff(s) _____

Christopher J. Freeman counsel for defendant(s) Charles T. Schiavello

Orville L. Reed counsel for defendant(s) All Others

2. The parties:

_____ have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order;

__X__ will exchange such disclosures by August 25, 20 09;

_____ have not been required to make initial disclosures.

3. The parties recommend the following track:

_____ Expedited  ___X___ Standard  _____ Complex

_____ Administrative  _____ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

___X___ Early Neutral Evaluation  ___X___ Mediation  _____ Arbitration

_____ Summary Jury Trial  _____ Summary Bench Trial

_____ Case not suitable for ADR

5. The parties _____ do/ ___X___ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

All parties intend to serve written discovery and take depositions related to all claims and defenses. Plaintiff and Defendants will also most likely retain experts.

(b) Discovery cut-off date: May 11, 2010

2

7.  Recommended dispositive motion date: June 11, 2010

8.  Recommended cut-off date for amending the pleadings and/or adding additional parties: February 11, 2010

9.  Recommended date for a Status Hearing: February 11, 2010

10. Other matters for the attention of the Court:

_____

Brad A. Sobolewski

Attorney for Plaintiff(s) Plaintiff

*Brad A Sobolewski*

Attorney for Plaintiff(s) _____

Christopher J. Freeman/per consent

Attorney for Defendant(s) Charles T. Schiavello

Orville L. Reed/per consent

Attorney for Defendant(s) All Others

3