UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | Case No.: 1:09 CV 1455 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| RED ROCK STAMPING LLC, *et al.*, | ) | |
| | ) | CASE MANAGEMENT |
| Defendants | ) | <u>CONFERENCE ORDER</u> |

A case management conference was held in the within case on August 11, 2009, at 11:00 a.m.

All parties do not consent to Magistrate Judge jurisdiction.

This case is assigned to the standard track.

The parties will exchange pre-discovery disclosures by August 25, 2009.

The parties will have until February 11, 2010 , to join parties and/or amend the pleadings. The cut-off date for discovery  is May 11, 2010.  The dispositive motion cut-off date is June 11, 2010.  Plaintiff will identify its expert and file its expert reports by February 26, 2010.  Defendants will identify their experts and file their expert reports by March 26, 2010.

After discussion with the parties, the court determined that Alternate Dispute Resolution would be useful.  This case is hereby referred to Magistrate Judge Greg White to conduct mediation

as soon as possible after December 1, 2009.

This case will automatically be entered into the court's electronic filing system and all further documents, notices and orders in this matter must be filed electronically rather than on paper. If you have any questions or need assistance, please call the court's Electronic Filing Help Desk at 1-800-355-8498.

IT IS SO ORDERED.


/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE


August 11, 2009