Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
CLEVELAND, OHIO 44113-1830

OFFICIAL BUSINESS

1:09cv1455
TRISTATE CAPITAL BANK
v.
RED ROCK STAMPING
JUDGE OLIVER

RETURN TO SENDER



REFUSED

Joshua S. Berger
Vorys, Sater, Seymour & Pease - Cleveland
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114

NOT AT THIS ADDRESS

016H16504597
Hasler
$00.440
08/20/2009
Mailed From 44113
US POSTAGE

4411441734