# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE OLIVER |
| | ) | |
| RED ROCK STAMPING LLC, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF
## FED. R. CIV. P. RULE 26(a)(1) INITIAL DISCLOSURES OF
## DEFENDANTS RED ROCK STAMPING LLC, TREMONT MANUFACTURING, LLC, COLUMBUS COMPONENTS GROUP, LLC, HAWTHORN MANUFACTURING CORPORATION, PATRICK JAMES AND ELIZABETH JAMES (IN HER CAPACITY AS TRUSTEE OF THE ELIZABETH L. JAMES TRUST)

The above Defendants ("Defendants"), through undersigned counsel, hereby provide notice that they have served their Fed. R. Civ. P. Rule 26(a)(1) Initial Disclosures upon Plaintiff via email and U.S. Mail, first-class postage prepaid, on this 3rd day of September, 2009.

    Respectfully submitted,

    */s/Orville L. Reed, III*
    Orville L. Reed, III (#0023522)
    Patrick J. Keating (#0023481)
    Joshua S. Berger (#0068478)
    Buckingham, Doolittle & Burroughs, LLP
    3800 Embassy Parkway, Suite 300
    Akron, Ohio 44333
    (330) 376-5300
    *Attorneys for Defendants Red Rock Stamping LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Hawthorn Manufacturing Co., Patrick James and Elizabeth James (In Her Capacity as Trustee of the Elizabeth L. James Trust)*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of September, 2009, a copy of the foregoing is being filed with the Court and sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Orville L. Reed, III*
Orville L. Reed, III (#0023522)

«AK3:1002256_v1»