IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **TRISTATE CAPITAL BANK**<br>    Plaintiff | CASE NO: 1:09-cv-1455 |
| | JUDGE SOLOMON OLIVER, JR. |
| vs. | |
| **RED ROCK STAMPING, LLC** et al | |
| Defendants | |

## NOTICE OF SERVICE OF FED. R. CIV. P. RULE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANT CHARLES SCHIAVELLO

The above Defendant, through undersigned counsel, hereby provides notice that he has served his Fed. R. Civ. P. Rule 26(a)(1) Initial Disclosures upon counsel for Plaintiff and co-Defendants via email and U.S. Mail, first-class postage prepaid, on this 4th day of September, 2009.

Respectfully submitted,

/s/ *Christopher J. Freeman*
Christopher J. Freeman (0055983)
P.O. Box 401
Medina, OH 44258-0401
PH: (330) 722-7278
FAX: (330) 722-7249
e-mail: Chris@ChrisFreemanLaw.com
Attorney for Defendant Charles Schiavello

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of September, 2009, a copy of the foregoing is being filed with the Court and sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Christopher J. Freeman*
Christopher J. Freeman

1