# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| Plaintiff, | ) | |
| v. | ) | JUDGE OLIVER |
| RED ROCK STAMPING LLC, et al., | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF
## DEFENDANT ELIZABETH JAMES' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS
## <u>PROPOUNDED UPON PLAINTIFF</u>

Defendant Elizabeth James ("Defendant"), through undersigned counsel, hereby provides notice that she served her First Set of Interrogatories and Requests for Production of Documents Upon Plaintiff via U.S. Mail, first-class postage prepaid, on this 22nd day of September, 2009.

Respectfully submitted,

*/s/Orville L. Reed, III*
Orville L. Reed, III (#0023522)
Patrick J. Keating (#0023481)
Joshua S. Berger (#0068478)
Buckingham, Doolittle & Burroughs, LLP
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333
(330) 376-5300
*Attorneys for Defendants Red Rock Stamping LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Hawthorn Manufacturing Co., Patrick James and Elizabeth James (In Her Capacity as Trustee of the Elizabeth L. James Trust)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of September, 2009, a copy of the foregoing is being filed with the Court and sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Orville L. Reed, III*
Orville L. Reed, III (#0023522)

«AK3:1004338_v1»