UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| Plaintiff, | ) ) ) | JUDGE OLIVER |
| vs. | ) ) | **NOTICE OF SERVICE OF** **DEFENDANT HAWTHORN** |
| RED ROCK STAMPING, LLC, et al. | ) ) | **MANUFACTURING CORPORATION'S** **FIRST SET OF INTERROGATORIES** |
| Defendants. | ) ) ) ) | **AND REQUESTS FOR PRODUCTION** **OF DOCUMENTS, PROPOUNDED** **UPON DEFENDANT CHARLES** **SCHIAVELLO** |

PLEASE TAKE NOTICE that, pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, Defendant Hawthorn Manufacturing Corporation, through counsel, served its *First Set of Interrogatories and Requests for Production of Documents, Propounded Upon Defendant Charles Schiavello*, via electronic mail and first-class U.S. Mail on the 2nd day of December, 2009.

        Respectfully submitted,

        BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

        By: /s/ Joshua S. Berger
            Orville L. Reed, III #0023522
            Patrick J. Keating #0023481
            Joshua S. Berger #0068478
            3800 Embassy Parkway, Suite 300
            Akron, Ohio 44333
            Telephone: (330) 376-5300
            Facsimile: (330) 258-6559
            Email: oreed@bdblaw.com
                    pkeating@bdblaw.com
                    jberger@bdblaw.com

        *Attorneys for Hawthorn Manufacturing Co.*

## CERTIFICATE OF SERVICE

A copy of the foregoing NOTICE OF SERVICE OF DEFENDANT HAWTHORN MANUFACTURING CORPORATION'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND ADMISSIONS PROPOUNDED UPON DEFENDANT CHARLES SCHIAVELLO was served by electronic mail (through the Court's electronic filing system) upon the following on the 3rd day of December 2009:

>Brad S. Sobolewski, Esq.
>Ulmer & Berne
>Skylight Office Tower, 1660 W. 2nd Street
>Cleveland, Ohio 44113
>*Attorney for Plaintiff*
>
>Christopher Freeman, Esq.
>P.O. Box 401
>Medina, Ohio 44258-0401
>*Attorney for Defendant Charles Schiavello*
>
>Patrick J. Keating, Esq.
>Buckingham, Doolittle & Burroughs, LLP
>3800 Embassy Parkway, #300
>Akron, Ohio 44333
>*Attorney for all remaining Defendants*

>/s/ Joshua S. Berger
>Joshua S. Berger #0068478

«AK3:1012161_v1»