UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK | ) | CASE NO. 1:09-cv-01455-SO |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL OF** |
| | ) | **CLAIMS AGAINST DEFENDANT** |
| RED ROCK STAMPING LLC, et al. | ) | **CHARLES T. SCHIAVELLO** *ONLY* |
| | ) | |
| Defendants | ) | |

Plaintiff TriState Capital Bank and Defendant Charles T. Schiavello ("Mr. Schiavello"), jointly stipulate and agree that all of the claims set forth in the Complaint against Mr. Schiavello **only** be dismissed with prejudice.

/s/ Brad A. Sobolewski
Brad A. Sobolewski (0072835)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH  44113-1448
Tel:  (216) 583-7000
Fax:  (216) 583-7001
bsobolewski@ulmer.com

**Attorney for Plaintiff TriState Capital Bank**

/s/ Christopher J. Freeman (per consent)
Christopher J. Freeman (0055983)
46 Public Square, Ste. 200
Medina, Ohio  44256
Tel: (330) 722-7278
Fax: (330) 722-7249
chris@chrisfreemanlaw.com

**Attorney for Defendant Charles T. Schiavello**

## CERTIFICATE OF SERVICE

I hereby certify that the original of this document has been electronically filed with the Clerk of the Court; and that a true copy of this document has been forwarded to the parties via e-mail, on this 18th of December, 2009.


/s/ Brad A. Sobolewski
Attorney for Plaintiff TriState Capital Bank


32568.2 \1787681