IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff | ) | JUDGE OLIVER |
| | ) | MAGISTRATE WHITE |
| vs. | ) | |
| | ) | **MOTION TO STRIKE PLAINTIFF** |
| RED ROCK STAMPING LLC, et al. | ) | **TRISTATE CAPITAL BANK AND** |
| | ) | **DEFENDANT CHARLES T.** |
| Defendants | ) | **SCHIAVELLO'S STIPULATION OF** |
| | ) | **DISMISSAL OF CLAIMS AGAINST** |
| | ) | **DEFENDANT CHARLES T.** |
| | ) | **SCHIAVELLO ONLY** |

Defendants Red Rock Stamping LLC, Tremont Manufacturing LLC, Hawthorn Manufacturing Corporation ("Hawthorn"), Columbus Components Group, LLC, Patrick James and Elizabeth James, Trustee (collectively, "Non-dismissal Defendants"), object to Plaintiff Tristate Capital Bank ("Tristate") and Defendant Charles T. Schiavello's *Stipulation of Dismissal of Claims Against Defendant, Charles T. Schiavello Only*.  Simply put, the Federal Rules of Civil Procedure do not permit a stipulation of dismissal between a plaintiff and less than all defendants in a multiparty dispute.  For the reasons more fully discussed below, Non-dismissal Defendants request that this Court strike the stipulation of dismissal of claims.

Tristate has two available options to dismiss Schavaello: 1) dismiss the entire action pursuant to Fed. R. Civ. P. 41(a); or 2) file an amended complaint under Fed. R. Civ. P. 15(a).  See, *TMW Enterprises, Inc. v. Federal Ins. Co.*, 2008 WL 786464, *1 (E.D.Mich., Mar. 21, 2008) citing *Mgmt. Investors v. United Mine Workers of Am.,* 610 F.2d 384, 394-95 (6th Cir.1979) (dismissal of some, but not all of action or some but not all of defendants, is governed

by Fed. R. Civ. P. 15, not Rule 41); see generally, *Baker v. City of Detroit,* 217 F. App'x 491, 496 (6th Cir.2007).

Non-dismissal Defendants believe that Tristate and Schiavello engaged in separate settlement negotiations which resulted in their attempted stipulated dismissal.  On December 3, 2009, Hawthorn filed its *Notice of Service of its First Set of Interrogatories and Requests for Production of Documents, Propounded Upon Defendant Charles Schiavello.*  Hawthorn included in these requests specific interrogatories and document production requests related to this settlement.  Hence, Non-dismissal Defendants respectfully ask that this Court retain jurisdiction over Schiavello should Tristate choose to amend its Complaint to remove Schiavello herein, until he has fully responded to Hawthorn's outstanding discovery requests.

Furthermore, should Tristate amend its Complaint to dismiss Schiavello, Non-dismissal Defendants request that they be allowed proper time to present appropriate briefs in response to such a motion.  As such, Non-dismissal Defendants respectfully request this Court to strike Tristate and Schiavello's proposed stipulation of dismissal.

Respectfully submitted,

/s/Patrick J. Keating
Orville L. Reed, III (#0023522)
Patrick J. Keating (#0023481)
Joshua S. Berger (#0068478)
Buckingham, Doolittle & Burroughs, LLP
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333
(330) 376-5300
*Attorneys for Defendants Red Rock Stamping LLC,*
*Tremont Manufacturing, LLC, Columbus*
*Components Group, LLC, Hawthorn*
*Manufacturing Co., Patrick James and Elizabeth*
*James (In Her Capacity as Trustee of the Elizabeth*
*L. James Trust)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of December, 2009, a copy of the foregoing is being filed with the Court and sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Patrick J. Keating
Patrick J. Keating (#0023481)

«AK3:1013937_v1»