UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK | ) | CASE NO. 1:09-cv-01455-SO |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | **MOTION FOR DISMISSAL OF** |
| | ) | **CLAIMS AGAINST DEFENDANT** |
| RED ROCK STAMPING LLC, et al. | ) | **CHARLES T. SCHIAVELLO** *ONLY* |
| | ) | |
| Defendants | ) | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, TriState Capital Bank, having reached a settlement with Defendant, Charles T. Schiavello, hereby moves to dismiss with prejudice all of the claims set forth in the Complaint against Mr. Schiavello **only**. Defendant Schiavello agrees and consents to the filing of this motion and the dismissal contemplated herein.

> /s/ Brad A. Sobolewski
> Brad A. Sobolewski (0072835)
> ULMER & BERNE LLP
> Skylight Office Tower
> 1660 West 2nd Street, Suite 1100
> Cleveland, OH  44113-1448
> Tel:  (216) 583-7000
> Fax:  (216) 583-7001
> bsobolewski@ulmer.com
> **Attorney for Plaintiff TriState Capital Bank**

Consent and Approval:

/s/ Christopher J. Freeman (per consent)
Christopher J. Freeman (0055983)
46 Public Square, Ste. 200
Medina, Ohio  44256
Tel: (330) 722-7278
Fax: (330) 722-7249
chris@chrisfreemanlaw.com
**Attorney for Defendant Charles T. Schiavello**

## CERTIFICATE OF SERVICE

I hereby certify that the original of this document has been electronically filed with the Clerk of the Court; and that a true copy of this document has been forwarded to the parties via e-mail, on this 22nd of December, 2009.


/s/ Brad A. Sobolewski
Attorney for Plaintiff TriState Capital Bank


32568.2 \1812595

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK | ) | CASE NO. 1:09-cv-01455-SO |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **PLAINTIFF'S MOTION TO** |
| RED ROCK STAMPING LLC, et al. | ) | **DISMISS DEFENDANT** |
| | ) | **CHARLES SCHIAVELLO** |
| Defendants | ) | |
| | ) | |

Upon motion of Plaintiff, and for good cause shown, all claims asserted against Defendant Charles T. Schiavello are hereby dismissed with prejudice.  All claims asserted against the remaining Defendants shall not be affected by this Order.

IT IS SO ORDERED.

_____
JUDGE SOLOMON OLIVER, JR.