UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK | ) | CASE NO. 1:09-cv-01455-SO |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | **PLAINTIFF AND DEFENDANTS'** |
| | ) | **JOINT MOTION TO EXTEND THE** |
| RED ROCK STAMPING LLC, et al. | ) | **EXPERT DISCLOSURE DEADLINES** |
| | ) | |
| Defendants | ) | |

The parties to this action – Plaintiff TriState Capital Bank ("TriState" or "Plaintiff") and each of the Defendants[1] – jointly request that the Court extend the deadlines for disclosing expert witnesses and submitting expert reports.

At the August 11, 2009 Case Management Conference, the Court set a February 26, 2010 deadline for Plaintiff and a March 26, 2010 deadline for the Defendants to identify their respective expert witnesses and submit expert reports. *See* Docket #19 (Case Management Conference Minutes).

While the parties have been working diligently, it has become clear that additional time is needed in order for their respective experts to properly complete their investigations and prepare reports. This is a complex action with multiple claims tied to in-depth financial data for several companies, much of which is contained in complex computer-format. Further complicating matters is the fact that the responses of a non-party bank to a subpoena has taken

---

[1] Defendant Charles T. Schiavello has not joined – or been asked to join – in this motion, as TriState has filed an unopposed and stipulated motion seeking leave to amend its complaint in order to remove its claims against Mr. Schiavello. As TriState is no longer pursuing claims against Mr. Schiavello, this defendant has no interest in the expert disclosure deadlines.

considerably longer than initially anticipated. The parties are each continuing their complicated investigations and discovery.

The requested extensions will allow each of the parties and their respective experts a greater opportunity to more fully investigate the facts underlying the claims and defenses in this action, and to properly prepare their expert reports. The parties therefore move the Court for an order extending the Plaintiff's expert disclosure and expert report deadline to April 26, 2010, and the Defendants' expert disclosure and expert report deadline to May 26, 2010.

The requested extension will not cause undue delay, as no trial date has been set in this matter. No extensions have been previously requested. A proposed order is attached.

/s/ Brad A. Sobolewski
Brad A. Sobolewski (0072835)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
bsobolewski@ulmer.com

**Attorney for Plaintiff TriState Capital Bank**

/s/ Joshua S. Berger (per consent)
Orville L. Reed, III (0023522)
Patrick J. Keating (0023481)
Joshua S. Berger (0068478)
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
3800 Embassy Pkwy., Ste. 300
Akron, Ohio  44333-8332
Tel:  (330) 376-5300
Fax:  (330) 258-6559
oreed@bdblaw.com
pkeating@bdblaw.com
jberger@bdblaw.com

**Attorneys for Defendants Red Rock Stamping LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Hawthorn Manufacturing Co., Patrick James, and Elizabeth James (Trustee of the Elizabeth L. James Trust)**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the original of this document has been electronically filed with the Clerk of the Court; and that a true copy of this document has been forwarded to the parties via e-mail, on this 19th day of February, 2010.

                                          /s/ Brad A. Sobolewski
                                          Attorney for Plaintiff TriState Capital Bank

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TRISTATE CAPITAL BANK ) | CASE NO. 1:09-cv-01455-SO |
| ) | |
| Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| vs. ) | **PROPOSED ORDER GRANTING** |
| ) | **JOINT MOTION TO EXTEND** |
| RED ROCK STAMPING LLC, et al. ) | **THE EXPERT DISCLOSURE** |
| ) | **DEADLINES** |
| Defendants ) | |
| ) | |

      IT IS HEREBY ORDERED that the parties' joint motion for an extension of the deadlines for disclosing experts and submitting expert reports is GRANTED. The Plaintiff's deadline for disclosing its experts and submitting expert reports shall be extended to April 26, 2010, and the Defendants' deadline for disclosing its experts and submitting expert reports shall be extended to May 26, 2010.

                                                        JUDGE SOLOMON OLIVER, JR.