UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
|     Plaintiff, | ) | JUDGE OLIVER |
| vs. | ) | |
| | ) | |
| RED ROCK STAMPING, LLC, et al. | ) | **STIPULATED MOTION** |
| | ) | **FOR LEAVE TO PLEAD** |
|     Defendants. | ) | |

Defendants Hawthorn Manufacturing Corporation, Red Rock Stamping, LLC, Tremont

Manufacturing, LLC, Columbus Components Group, LLC, Patrick James and Elizabeth James

(in her capacity as Trustee of the Elizabeth L. James Trust) ("Defendants"), through counsel,

move this Court for an Order granting them two weeks' leave (until March 30, 2010) to answer,

move, or otherwise reply to the First Amended Complaint of Plaintiff Tristate Capital Bank

("Tristate").  Tristate has stipulated to this request.  No prior requests for leave have been filed

by Defendants in respect of the First Amended Complaint.  This leave is not requested for

purposes of undue delay.  A Memorandum in Support and draft Order follow for the Court's

consideration.

Respectfully submitted,

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By:    */s/ Patrick J. Keating*
        Patrick J. Keating  #0023481
        Joshua S. Berger  #0068478
        3800 Embassy Parkway, Suite 300
        Akron, Ohio 44333
        Telephone: (330) 376-5300
        Facsimile: (330) 258-6559
        Email: pkeating@bdblaw.com
            jberger@bdblaw.com
        *Attorneys for Defendants, Hawthorn Manufacturing*
        *Corporation, Red Rock Stamping, LLC, Tremont*

*Manufacturing, LLC, Columbus Components*
*Group, LLC, Patrick James and Elizabeth James,*
*Trustee of the Elizabeth L. James Trust*

ULMER & BERNE, LLP

By:___*/s/ Brad A. Sobolewski per email consent 3/15/10*___
    Brad A. Sobolewski  #0072835
    Skylight Office Tower
    1660 West 2nd Street, Suite 1100
    Cleveland, Ohio  44113-1448
    Telephone: (216) 583-7000
    Facsimile: (216) 583-7001
    Email: bsobolewski@ulmer.com
    *Attorney for Plaintiff*

## MEMORANDUM IN SUPPORT

Counsel for Tristate filed its First Amended Complaint on March 2, 2010.  Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants have until March 16, 2010 to respond to same.  Undersigned counsel for Defendants recently became involved in four complex commercial real estate bankruptcies, representing four separate debtors owning thousands of apartment units.  Due to the extensive time demands associated with these recently-filed bankruptcies, undersigned counsel has not had sufficient time to appropriately respond to the First Amended Complaint. The two week leave requested herein will allow for such an appropriate response.  Counsel for Tristate has stipulated to this request.

WHEREFORE, Defendants Hawthorn Manufacturing Corporation, Red Rock Stamping, LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Patrick James and Elizabeth James, through counsel, request that this Court grant them leave until March 30, 2010 to answer, move or otherwise respond to Tristate's First Amended Complaint herein.

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By:   */s/ Patrick J. Keating*
      Patrick J. Keating  #0023481
      Joshua S. Berger  #0068478
      3800 Embassy Parkway, Suite 300
      Akron, Ohio 44333
      Telephone: (330) 376-5300
      Facsimile: (330) 258-6559
      Email: pkeating@bdblaw.com
           jberger@bdblaw.com
      *Attorneys for Defendants, Hawthorn Manufacturing*
      *Corporation, Red Rock Stamping, LLC, Tremont*
      *Manufacturing, LLC, Columbus Components*
      *Group, LLC, Patrick James and Elizabeth James,*
      *Trustee of the Elizabeth L. James Trust*

ULMER & BERNE, LLP

By:   */s/ Brad A. Sobolewski per email consent 3/15/10*
      Brad A. Sobolewski  #0072835
      Skylight Office Tower
      1660 West 2nd Street, Suite 1100
      Cleveland, Ohio  44113-1448
      Telephone: (216) 583-7000
      Facsimile: (216) 583-7001
      Email: bsobolewski@ulmer.com
      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulated Motion for Leave to Plead was served electronically via the Court's ECF filing system to all parties entitled to service therein this 16th day of March, 2010.

*/s/ Patrick J. Keating*

«AK3:1022260_v1»