UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NUMBER: 1:09-cv-01455-SO |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF APPEARANCE OF** |
| RED ROCK STAMPING LLC, et al., | ) | **ADDITIONAL COUNSEL ON BEHALF** |
| | ) | **OF PLAINTIFF** |
| Defendants. | ) | |
| | ) | |

The Court and parties shall please take notice of the appearance of Christopher P. Fisher as additional counsel of record for Plaintiff Tristate Capital Bank in this matter. All future pleadings, notices, correspondence, etc., should be served upon this additional counsel for Plaintiff.

*Christopher P. Fisher*_____
Christopher P. Fisher (0068456)
Brad A. Sobolewski (0072835)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
cfisher@ulmer.com
bsobolewski@ulmer.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2010 the foregoing Notice of Appearance of Additional Counsel on Behalf of Plaintiff was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*Christopher P. Fisher*
Christopher P. Fisher (0068456)
Brad A. Sobolewski (0072835)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH  44113-1448
Tel:  (216) 583-7000
Fax:  (216) 583-7001
cfisher@ulmer.com
bsobolewski@ulmer.com
Attorneys for Plaintiff