UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | **NOTICE OF SERVICE OF RESPONSES** |
| | ) | **TO PLAINTIFF'S INTERROGATORIES,** |
| RED ROCK STAMPING, LLC, et al. | ) | **REQUESTS FOR PRODUCTION OF** |
| | ) | **DOCUMENTS AND REQUESTS FOR** |
| Defendants. | ) | **ADMISSION** |

Counsel for Defendants, Patrick James, Elizabeth James, Trustee of the Elizabeth L. James Trust, Red Rock Stamping, LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, and Hawthorn Manufacturing Corporation, hereby gives notice that said Defendants' Responses to Plaintiff Tristate Capital Bank's Interrogatories, Requests for Admission and Requests for Production of Documents have been served by regular U.S. Mail, postage prepaid, upon Brad S. Sobolewski, Esq., Ulmer & Berne, Skylight Office Tower, 1660 W. 2nd Street, Cleveland, Ohio 44113, this 10th day of May, 2010.

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By:  /s/ Patrick J. Keating
Orville L. Reed, III #0023522
Patrick J. Keating #0023481
Joshua S. Berger #0068478
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333
Telephone: (330) 376-5300
Facsimile: (330) 258-6559
Email: oreed@bdblaw.com
pkeating@bdblaw.com
jberger@bdblaw.com

*Attorneys for Defendants, Patrick James, Elizabeth James, Trustee of the Elizabeth L. James Trust, Red Rock Stamping, LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, and Hawthorn Manufacturing Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Service has been served by regular U.S. Mail, postage prepaid, this 10th day of May, 2010, upon:

>Brad S. Sobolewski, Esq.
>Ulmer & Berne
>Skylight Office Tower, 1660 W. 2nd Street
>Cleveland, Ohio  44113
>*Attorney for Plaintiff*

                         /s/ Patrick J. Keating

«AK3:1028186_v1»