UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TRISTATE CAPITAL BANK, ) | CASE NO. 1:09 CV 1455 |
| Plaintiff, ) | JUDGE OLIVER |
| vs. ) | |
| RED ROCK STAMPING, LLC, et al. ) | **JOINT MOTION FOR EXTENSION OF DEADLINES AND TO RESCHEDULE MEDIATION** |
| Defendants. ) | |

Plaintiff Tristate Capital Bank ("Tristate"), together with Defendants, Hawthorn Manufacturing Corporation, Red Rock Stamping, LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Patrick James, and Elizabeth James (in her capacity as Trustee of the Elizabeth James Trust) (collectively "Defendants"), through their respective counsel, jointly move this Court for an Order extending the existing deadlines set forth in the Court's Case Management Conference Order dated August 12, 2009, in accordance with the dates set forth in Exhibit A. The parties also request that the mediation currently scheduled for May 19, 2010 be postponed as detailed below.

As explained in the attached Memorandum in Support, this extension is not sought for purposes of delay, but rather to afford the parties sufficient time to complete discovery. A draft Scheduling Order is attached for the Court's consideration.

       Respectfully submitted,

       ULMER & BERNE

       By:   /s/ per email consent 5/14/2010 Brad S. Sobolewski
              Brad S. Sobolewski, #0072835
              Skylight Office Tower, 1660 W. 2nd Street
              Cleveland, Ohio 44113
              Telephone: (216) 583-7092
              Facsimile: (216) 583-7093
              Email: bsobolewski@ulmer.com


       BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

       By:   /s/ Joshua S. Berger
              Orville L. Reed, III #0023522
              Patrick J. Keating #0023481
              Joshua S. Berger #0068478
              3800 Embassy Parkway, Suite 300
              Akron, Ohio 44333
              Telephone: (330) 376-5300
              Facsimile: (330) 258-6559
              Email: oreed@bdblaw.com
                     pkeating@bdblaw.com
                     jberger@bdblaw.com

## **MEMORANDUM IN SUPPORT**

Pursuant to the Court's original August 12, 2009 Scheduling Order, factual discovery herein was to be completed by May 11, 2010. A mediation was scheduled for May 19, 2010; if unsuccessful, the dispositive motion deadline was scheduled for June 11, 2010.

The parties have been cooperating in their discovery efforts. In this regard, they mutually agree that an extension of the above deadlines is necessary to further such discovery and agree that additional time is necessary to analyze the facts herein. Tristate and Defendants collectively agree that postponing existing deadlines to the dates set forth in the attached draft Scheduling Order (Exhibit A) is appropriate. These dates reflect extensions of 60 to 90 days from the existing deadlines.

The parties also respectfully request that the mediation in front of Magistrate White that is currently scheduled for May 19, 2010 be postponed until the completion of discovery.[1]

WHEREFORE, Tristate and Defendants collectively move this Court for the entry of an Order in the format attached as Exhibit A.

                ULMER & BERNE

By:   /s/ per email consent 5/14/2010
       Brad S. Sobolewski, #0072835
       Skylight Office Tower, 1660 W. 2nd Street
       Cleveland, Ohio 44113
       Telephone: (216) 583-7092
       Facsimile: (216) 583-7093
       Email: bsobolewski@ulmer.com

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By:   /s/ Joshua S. Berger
       Orville L. Reed, III #0023522
       Patrick J. Keating #0023481
       Joshua S. Berger #0068478
       3800 Embassy Parkway, Suite 300
       Akron, Ohio 44333
       Telephone: (330) 376-5300
       Facsimile: (330) 258-6559
       Email: oreed@bdblaw.com
              pkeating@bdblaw.com
              jberger@bdblaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing Joint Motion for Extension of Deadlines was filed electronically on this 14th day of May, 2010, and served electronically upon all parties receiving service by operation of the Court's electronic filing system.

                                                       /s/ Joshua S. Berger

---

[1] Judge White's chambers have been informed of the parties' intention of filing this motion, and a courtesy copy of the motion will be sent to his chambers.

**EXHIBIT A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | |
| | ) | |
| RED ROCK STAMPING, LLC, et al. | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendants. | ) | |

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ordered as follows:

The cut-off date for factual discovery is July 13, 2010. The dispositive motion cut-off date is September 14, 2010. Plaintiff will identify its expert and file its expert reports by July 20, 2010. Defendants will identify their experts and file their expert reports by August 20, 2010.

This case has been referred to Magistrate Judge Greg White to conduct mediation as soon as possible after July 13, 2010. The mediation currently scheduled for May 19, 2010 is cancelled.

All other terms and conditions contained in the Court's August 12, 2009 Case Management Conference Order [Doc. #19] shall remain the same.

IT IS SO ORDERED.

/s/ Solomon Oliver, Jr.
UNITED STATES DISTRICT JUDGE

«AK3:1028626_v1»