**EXHIBIT A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | |
| | ) | |
| RED ROCK STAMPING, LLC, et al. | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendants. | ) | |

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ordered as follows:

The cut-off date for factual discovery is July 13, 2010.  The dispositive motion cut-off date is September 14, 2010.  Plaintiff will identify its expert and file its expert reports by July 20, 2010.  Defendants will identify their experts and file their expert reports by August 20, 2010.

This case has been referred to Magistrate Judge Greg White to conduct mediation as soon as possible after July 13, 2010.  The mediation currently scheduled for May 19, 2010 is cancelled.

All other terms and conditions contained in the Court's August 12, 2009 Case Management Conference Order [Doc. #19] shall remain the same.

IT IS SO ORDERED.

/s/ Solomon Oliver, Jr.
UNITED STATES DISTRICT JUDGE

«AK3:1028626_v1»