# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

DATE: July 15, 2010

Tristate Capital Bank,

        Plaintiff,

CASE NO. 1:09-cv-01455

        vs.

COURT REPORTER: Cynthia Lee

Red Rock Stamping, LLC, *et al.*,

MAGISTRATE JUDGE GREG WHITE

        Defendants.

| Atty for Plaintiff: | Brad A. Sobolewski<br>Christopher P. Fisher | Atty for Defendants: Patrick J. Keating |
|---|---|---|

PROCEEDINGS: The Court held an in-person mediation conference.  The parties reached a settlement agreement disposing of all claims.  The parties read the material terms of the agreement into the record.  Dismissal entry to be filed by August 16, 2010.

7 hours
Total Time

                              s/Stacey E. Swonger
                              Courtroom Deputy Clerk