UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | Case No.: 1: 09 CV 1455 |
| | ) | |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RED ROCK STAMPING, LLC, *et al.,* | ) | |
| | ) | |
| Defendants | ) | |

Magistrate Judge White has notified this court that this matter has settled and that the

parties will be submitting a dismissal entry to the court by August 16, 2010.  Therefore it is not

necessary that the action remain upon the calendar of the court.

IT IS ORDERED that this action is hereby closed.  The court retains jurisdiction to

vacate this Order to reopen the action upon cause shown that settlement has not been completed

and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

July 30, 2010