UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | |
| | ) | |
| RED ROCK STAMPING, LLC, et al. | ) | **JOINT MOTION TO EXTEND THE** |
| | ) | **DEADLINE FOR SUBMITTING A** |
| Defendants. | ) | **DISMISSAL ENTRY** |
| | ) | |

Plaintiff TriState Capital Bank ("TriState") and Defendants Hawthorn Manufacturing Corporation, Red Rock Stamping LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Patrick James, and Elizabeth James (in her capacity as Trustee of the Elizabeth James Trust) (collectively "Defendants") jointly request that the Court extend the parties' deadline for submitting a dismissal entry.

On July 15, 2010, Magistrate Judge White conducted a mediation conference in this case.  At that conference, the parties agreed to the principal terms of a settlement disposing of all claims.  *See* Minutes of Proceedings (Docket #57).  These terms were read into the record. *Id.*

On July 30, this Court issued an Order requiring the parties to submit a dismissal entry to the Court by August 16.  *See* Docket #58.

While the parties have agreed to the primary terms of the settlement and worked diligently towards finalizing the settlement, agreement has not yet been reached on all terms, and the settlement agreement has not yet been finalized.

The parties therefore respectfully ask that their deadline for submitting a dismissal entry be extended to September 16, 2010. A draft Order is attached for the Court's consideration.

Respectfully submitted,

ULMER & BERNE

By: /s/ Brad A. Sobolewski
Christopher P. Fisher, #0068456
Brad S. Sobolewski, #0072835
Skylight Office Tower, 1660 W. 2nd Street
Cleveland, Ohio 44113
Telephone: (216) 583-7000
Facsimile: (216) 583-7001
Email: cfisher@ulmer.com
bsobolewski@ulmer.com
*Counsel for Plaintiff*

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By: /s/ Joshua S. Berger
Orville L. Reed, III #0023522
Patrick J. Keating  #0023481
Joshua S. Berger  #0068478
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333
Telephone: (330) 376-5300
Facsimile: (330) 258-6559
Email: oreed@bdblaw.com
pkeating@bdblaw.com
jberger@bdblaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of the foregoing was filed electronically on this 12th day of August, 2010, and served electronically upon all parties receiving service by operation of the Court's electronic filing system.

/s/ Brad A. Sobolewski

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | |
| | ) | **ORDER GRANTING PARTIES'** |
| RED ROCK STAMPING, LLC, et al. | ) | **JOINT MOTION TO EXTEND THE** |
| | ) | **DEADLINE FOR SUBMITTING A** |
| Defendants. | ) | **DISMISSAL ENTRY** |
| | ) | |

Upon the joint motion of Plaintiff and all Defendants herein, and for good cause shown, the Court hereby modifies its July 30, 2010 Order (Docket #58) as follows: Plaintiff and all Defendants shall have until September 16, 2010 to file a stipulated dismissal herein.

**IT IS SO ORDERED.**

_____
Judge Solomon Oliver, Jr.

3

**APPROVED:**

ULMER & BERNE

By: /s/ Brad A. Sobolewski
Christopher P. Fisher, #0068456
Brad S. Sobolewski, #0072835
Skylight Office Tower, 1660 W. 2nd Street
Cleveland, Ohio 44113
Telephone: (216) 583-7000
Facsimile: (216) 583-7001
Email: cfisher@ulmer.com
　　　　bsobolewski@ulmer.com
　　　*Counsel for Plaintiff*

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By: /s/ Joshua S. Berger
Orville L. Reed, III #0023522
Patrick J. Keating  #0023481
Joshua S. Berger  #0068478
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333
Telephone: (330) 376-5300
Facsimile: (330) 258-6559
Email: oreed@bdblaw.com
　　　　pkeating@bdblaw.com
　　　　jberger@bdblaw.com
　　　　　　　　　　　　　　*Counsel for Defendants*