Tristate Capital Bank
                              Plaintiff,

v.                                                         Case No.: 1:09−cv−01455−SO
                                                            Judge Solomon Oliver Jr.

Red Rock Stamping, LLC, et al.
                              Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      Notice of Telephone Conference set for 9/16/2010 at 10:00 AM before Magistrate Judge Greg White. Instructions for accessing the Court's Telephone Conference Bridge will be provided to counsel via email. (K,K)

**PLACE**
Carl B Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH
44113

September 9, 2010

                                                                             Geri M. Smith, Clerk
                                                                  Katherine E King, Deputy Clerk