# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

### MINUTES OF PROCEEDINGS--CIVIL

Tristate Capital Bank,

DATE: September 16, 2010

            Plaintiff,

CASE NO. <u>1:09-cv-01455</u>

            vs.

COURT REPORTER: N/A

Red Rock Stamping, LLC, *et al.*,

MAGISTRATE JUDGE GREG WHITE

            Defendants.

| Atty for Plaintiff: | Brad A. Sobolewski<br>Christopher P. Fisher | Atty for Defendants: Joshua Berger |
|---|---|---|

PROCEEDINGS: The Court held a telephone status conference concerning the parties' settlement agreement.  A tentative agreement was reached on all outstanding issues.  The parties will continue to work on specific language and keep the Court apprised of their progress.  Parties shall submit a final settlement agreement and dismissal entry by September 30, 2010.

<u>20 minutes</u>
Total Time

         <u>s/ Zoltan Hargitai</u>
         Law Clerk