UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | |
| | ) | **ORDER GRANTING PARTIES'** |
| RED ROCK STAMPING, LLC, et al. | ) | **JOINT MOTION TO EXTEND THE** |
| | ) | **DEADLINE FOR SUBMITTING A** |
| Defendants. | ) | **DISMISSAL ENTRY** |
| | ) | |

Upon the joint motion of Plaintiff and all Defendants herein, and for good cause shown, the Court hereby modifies its September 16, 2010 Order as follows: Plaintiff and all Defendants shall have until October 21, 2010 to file a stipulated dismissal herein.

**IT IS SO ORDERED.**

                                                  /s/SOLOMON OLIVER, JR.
                                                  Chief Judge
                                              United States District Court

**APPROVED:**

ULMER & BERNE

By: /s/ Brad A. Sobolewski
Christopher P. Fisher, #0068456
Brad S. Sobolewski, #0072835
Skylight Office Tower, 1660 W. 2nd Street
Cleveland, Ohio 44113
Telephone: (216) 583-7000
Facsimile: (216) 583-7001
Email: cfisher@ulmer.com
       bsobolewski@ulmer.com
       *Counsel for Plaintiff*

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By: /s/ Joshua S. Berger
Orville L. Reed, III #0023522
Patrick J. Keating  #0023481
Joshua S. Berger  #0068478
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333
Telephone: (330) 376-5300
Facsimile: (330) 258-6559
Email: oreed@bdblaw.com
       pkeating@bdblaw.com
       jberger@bdblaw.com

*Counsel for Defendants*