UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | |
| | ) | |
| RED ROCK STAMPING, LLC, et al. | ) | **JOINT MOTION TO EXTEND THE** |
| | ) | **DEADLINE FOR SUBMITTING A** |
| Defendants. | ) | **DISMISSAL ENTRY** |
| | ) | |

Plaintiff TriState Capital Bank ("TriState") and Defendants Hawthorn Manufacturing Corporation, Red Rock Stamping LLC, Tremont Manufacturing, LLC, Columbus Components Group, LLC, Patrick James, and Elizabeth James (in her capacity as Trustee of the Elizabeth James Trust) (collectively "Defendants") jointly request that the Court extend the parties' deadline for submitting a dismissal entry.

Counsel for the parties have exchanged what they believe to be final drafts of the settlement documents. However, several logistical issues need to be resolved before the settlement can be finalized.

The parties therefore respectfully ask that their deadline for submitting a dismissal entry be extended to November 4, 2010. A draft Order is attached for the Court's consideration.

Respectfully submitted,

ULMER & BERNE

By:    /s/ Brad A. Sobolewski
      Christopher P. Fisher, #0068456
      Brad S. Sobolewski, #0072835
      Skylight Office Tower, 1660 W. 2nd Street
      Cleveland, Ohio 44113
      Telephone: (216) 583-7000
      Facsimile: (216) 583-7001
      Email:  cfisher@ulmer.com
            bsobolewski@ulmer.com
      *Counsel for Plaintiff*

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By:    /s/ Joshua S. Berger
      Orville L. Reed, III #0023522
      Patrick J. Keating  #0023481
      Joshua S. Berger  #0068478
      3800 Embassy Parkway, Suite 300
      Akron, Ohio 44333
      Telephone: (330) 376-5300
      Facsimile: (330) 258-6559
      Email:  oreed@bdblaw.com
            pkeating@bdblaw.com
            jberger@bdblaw.com
      *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and accurate copy of the foregoing was filed electronically on this 21st day of October, 2010, and served electronically upon all parties receiving service by operation of the Court's electronic filing system.

                                              /s/ Brad A. Sobolewski

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | |
| | ) | **ORDER GRANTING PARTIES'** |
| RED ROCK STAMPING, LLC, et al. | ) | **JOINT MOTION TO EXTEND THE** |
| | ) | **DEADLINE FOR SUBMITTING A** |
| Defendants. | ) | **DISMISSAL ENTRY** |
| | ) | |

Upon the joint motion of Plaintiff and all Defendants herein, and for good cause shown, the Court hereby modifies its October 1, 2010 Order (Docket #65) as follows: Plaintiff and all Defendants shall have until November 4, 2010 to file a stipulated dismissal herein.

**IT IS SO ORDERED.**

_____
Judge Solomon Oliver, Jr.

**APPROVED:**

ULMER & BERNE

By: /s/ Brad A. Sobolewski
Christopher P. Fisher, #0068456
Brad S. Sobolewski, #0072835
Skylight Office Tower, 1660 W. 2nd Street
Cleveland, Ohio 44113
Telephone: (216) 583-7000
Facsimile: (216) 583-7001
Email: cfisher@ulmer.com
    bsobolewski@ulmer.com
    *Counsel for Plaintiff*

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By: /s/ Joshua S. Berger
Orville L. Reed, III #0023522
Patrick J. Keating #0023481
Joshua S. Berger #0068478
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333
Telephone: (330) 376-5300
Facsimile: (330) 258-6559
Email: oreed@bdblaw.com
    pkeating@bdblaw.com
    jberger@bdblaw.com
*Counsel for Defendants*