UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| | ) | |
| Plaintiff, | ) | JUDGE OLIVER |
| | ) | |
| vs. | ) | |
| | ) | |
| RED ROCK STAMPING, LLC, et al. | ) | **STIPULATED NOTICE OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff

TriState Capital Bank and Defendants Red Rock Stamping LLC, Tremont Manufacturing, LLC,

Hawthorn Manufacturing Corporation, Columbus Components Group, LLC, Patrick James, and

Elizabeth James, Trustee of the Elizabeth L. James Trust stipulate to the dismissal of all claims

in this action with prejudice.  Each party will bear its own costs.

Respectfully submitted,

ULMER & BERNE

By:     /s/ Brad A. Sobolewski
        Christopher P. Fisher, #0068456
        Brad S. Sobolewski, #0072835
        Skylight Office Tower, 1660 W. 2nd Street
        Cleveland, Ohio 44113
        Telephone: (216) 583-7000
        Facsimile: (216) 583-7001
        Email: cfisher@ulmer.com
                bsobolewski@ulmer.com
        *Counsel for Plaintiff*

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By:    /s/ Patrick J. Keating (per consent)
          Orville L. Reed, III #0023522
          Patrick J. Keating  #0023481
          Joshua S. Berger  #0068478
          3800 Embassy Parkway, Suite 300
          Akron, Ohio 44333
          Telephone: (330) 376-5300
          Facsimile: (330) 258-6559
          Email:  oreed@bdblaw.com
                  pkeating@bdblaw.com
                  jberger@bdblaw.com
          *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of the foregoing was filed electronically on this 2nd day of November, 2010, and served electronically upon all parties receiving service by operation of the Court's electronic filing system.

/s/ Brad A. Sobolewski