IT IS SO ORDERED.

S/SOLOMON OLIVER, JR. 11/4/2010
CHIEF JUDGE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTATE CAPITAL BANK, | ) | CASE NO. 1:09 CV 1455 |
| Plaintiff, | ) | JUDGE OLIVER |
| vs. | ) | |
| RED ROCK STAMPING, LLC, et al. | ) | **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff TriState Capital Bank and Defendants Red Rock Stamping LLC, Tremont Manufacturing, LLC, Hawthorn Manufacturing Corporation, Columbus Components Group, LLC, Patrick James, and Elizabeth James, Trustee of the Elizabeth L. James Trust stipulate to the dismissal of all claims in this action with prejudice. Each party will bear its own costs.

Respectfully submitted,

ULMER & BERNE

By: /s/ Brad A. Sobolewski
Christopher P. Fisher, #0068456
Brad S. Sobolewski, #0072835
Skylight Office Tower, 1660 W. 2nd Street
Cleveland, Ohio 44113
Telephone: (216) 583-7000
Facsimile: (216) 583-7001
Email: cfisher@ulmer.com
bsobolewski@ulmer.com
*Counsel for Plaintiff*